UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

CHARLES RHODES,

CASE NO.: 20-12895-BKC-PDR

In proceedings under Chapter 13
BROWARD DIVISION

Debtor.
_____/

## DEBTOR'S MOTION TO ALLOW DEBTOR TO CONTINUE PROSECUTION OF OF CAUSE ACTION AGAINST THE CITY OF HOLLYWOOD

COMES NOW, the Debtor herein, by and through undersigned counsel, and files Motion to Allow the Debtor to Continue Prosecution of Cause of Action Against the City of Hollywood, and states:

1. On March 2, 2020, the Debtor filed a pro se voluntary Chapter 13 bankruptcy petition pursuant to Title 11 of the United States Code.

2. The Debtor listed the creditors that he believes are his actual creditors.

3. The Debtor disputes any obligation to the City of Hollywood ("City"). The City filed an objection in US Bankruptcy Court asserting it has a claim in the form of liens. The Debtor disputes this allegation.

4. There is a case pending, filed by the Debtor in 2018, Case CACE 18-003442, in Broward Circuit Court.

5. The Debtor is seeking an order to continue prosecuting his cause of action against the City of Hollywood.

WHEREFORE, the Debtor requests this Court to enter an order Allowing the Debtor to continue his prosecution against the City of Hollywood.

I hereby certify that a true copy of the foregoing has been sent by U.S. Mail to the attached service list on the 21st day of June, 2021. I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida.

> BIGGE & RODRIGUEZ, P.A.
> Attorneys for Debtor
> 915 Middle River Dr, Ste. 401
> Ft Lauderdale, FL 33304
> (954) 400-7322
> (954) 400-5449 Facsimile
> brpa@biggerodriguez.com
>
> By: /S/ROBERT J. BIGGE, JR.
>   ROBERT J. BIGGE, JR., ESQ.
>   Florids Bar. No. 906610

US Trustee, electronically

Robin Weiner Trustee, electronically

Kendra Breeden, Esq., electronically