UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:   CASE NO. 20-12895-BKC-PDR

CHARLES RAYFIELD RHODES, a/k/a   In proceedings under Chapter 13
RAY RHODES,   BROWARD DIVISION

       DEBTOR.
_____/

**NOTICE OF CONTINUED HEARING ON DEBTOR'S MOTION TO ALLOW DEBTOR TO CONTINUE PROSECUTION OF CAUSE ACTION AGAINST THE CITY OF HOLLYWOOD**

NOTICE IS HEREBY GIVEN that the hearing to consider the Debtor's Motion to Allow Debtor to Continue Prosecution of Cause of Action Against the City of Hollywood (D.E. 134) is continued to September 13, 2021, at 1:00 p.m. at the U.S. Bankruptcy Courthouse, Room 301, 299 E Broward Blvd, Fort Lauderdale, FL 33301.

"If hearings have not resumed at the courthouse, the hearing will be conducted via Zoom. To register for Judge Russin's recurring Zoom meetings, register using the following link: https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k.

Bigge & Rodriguez, PA
Attorneys for Debtor
915 Middle River Drive
Suite 401
Fort Lauderdale, FL 33304
(954) 400-7322
(954) 400-5449 Fax

By: */S/ RAYSA I. RODRIGUEZ*
    RAYSA I. RODRIGUEZ, ESQ
    Florida Bar No. 109381

**Service List:**

US Trustee, electronically

Robin Weiner Trustee, electronically

Kendra Breeden, Esq., electronically