**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE: CASE NO.: 20-12895-PDR

CHARLES RAYFIELD RHODES CHAPTER 13

Debtor.

_________________________________/

**HOLLYWOOD'S MOTION TO DISMISS DEBTOR'S CHAPTER 13 CASE**

COMES NOW The City of Hollywood (hereinafter "Hollywood"), a secured creditor and party in interest, by and through its undersigned attorney, hereby files this Motion to Dismiss Debtor's Chapter 13 case and requests the entry of an order, pursuant to 11 U.S.C.1307 of the Bankruptcy Code (the "Code") dismissing this Chapter 13 case as bad faith filing, and as grounds in support states as follows:

**PROCEDURAL BACKGROUND**

1. Charles Rayfield Rhodes (hereinafter "Debtor") currently owns several properties within the City of Hollywood.

2. Hollywood currently has several outstanding secured liens on debtor's property. A copy of the liens is attached hereto as Composite Exhibit "A" and incorporated herein by reference.

3. On or about December 17, 2013 an Order of Imposition of Fine and Claim of Lien was confirmed and imposed; recorded in Official Records Instrument #112001861 of the Public Records of Broward County, Florida. As of May 4, 2021, the current amount due and outstanding is $697,000.00.

4.      On or about August 16, 2016 and Order of Imposition of Fine and Claim of Lien was confirmed and imposed; recorded in Official Records Instrument #113880778 of the Public Records of Broward County, Florida. As of May 4, 2021, the current amount dues and outstanding is $887,500.00.

5.      On or about October 30, 2018 and Order of Imposition of Fine and Claim of Lien was confirmed and imposed; recorded in Official Records Instrument #115422126 of the Public Records of Broward County, Florida. As of May 4, 2021, the current amount dues and outstanding is $12,000.00.

6.      On or about November 21, 2018 and Order of Imposition of Fine and Claim of Lien was confirmed and imposed; recorded in Official Records Instrument #115480169 of the Public Records of Broward County, Florida. As of May 4, 2021, the current amount dues and outstanding is $143,250.00.

7.      On or about October 16, 2018 and Order of Imposition of Fine and Claim of Lien was confirmed and imposed; recorded in Official Records Instrument #115415859 of the Public Records of Broward County, Florida. As of May 4, 2021, the current amount dues and outstanding is $10,050.00.

8.      On or about November 21, 2018 and Order of Imposition of Fine and Claim of Lien was confirmed and imposed; recorded in Official Records Instrument #115480170 of the Public Records of Broward County, Florida. As of May 4, 2021, the current amount dues and outstanding is $145,050.00.

9.      Debtor's property located at 2403 Liberty Street, Hollywood, Florida currently has an outstanding utilities account totaling $8,359.13.

10. Debtor's property located at 1111 S.. 29 Avenue, Hollywood, Florida currently has an outstanding utilities account totaling $8,608.04.

11. Debtor's property located at 2515 Fillmore Street, Hollywood, Florida currently has an outstanding utilities account totaling $13,772.11.

12. The Debtor previously filed his voluntary petition for relief under Chapter 13 of Title 11 of the Code on December 5, 2018 (18-25201-JKO). The Debtor previously filed his schedules and statements on January 30, 2019 listing Hollywood as a creditor.

13. On October 17, 2019 confirmation of the proposed Chapter 13 plan was denied and the case was dismissed.

14. The Debtor then filed another voluntary petition for relief under Chapter 13 of Title 11 of the Code on March 2, 2020 (20-12895-PDR). Hollywood was not listed as a creditor.

15. On April 28, 2020, the Court set July 7, 2020 (hereinafter the "Claims Bar Date") as the last day for government units to file a proof of claim.

16. On March 30, 2021 in _U.S. Bank v. Manuel Vazqueztell, et. al._, the Debtor filed a Verified Motion for Disbursement of Mortgage Foreclosure Surplus stating that he was not in bankruptcy and that he was legally entitled to the surplus funds following the foreclosure. A copy of the motion is attached hereto as Exhibit "B" and incorporated herein by reference.

17. On April 24, 2021 Hollywood's Code Compliance was dispatched to Debtor's property located at 2403 Liberty Street, after received several complaints regarding the property unsafe conditions.

18. On April 27, 2021 2403 Rolando Rodriguez, Building Official deemed 2403 Liberty Street unsafe and required evacuation of the property. Six tenants were present during the evacuation and

provided complaint affidavits. A copy of the affidavits is attached hereto as Composite Exhibit "C" and incorporated herein by reference.

19. On May 17, 2021, while conducting a public bankruptcy search Hollywood discovered that the Debtor had filed a voluntary petition for relief under Chapter 13 of Title 11 of the Code.

20. On May 27, 2021, Hollywood filed an Objection to Confirmation of [131] Amended Chapter 13 Plan.

21. On June 1, 2021, the Court held a hearing for confirmation of the debtor's proposed Amended Chapter 13 plan; on June 24, 2021 an Order Confirming debtor's plan was entered.

22. On June 4, 2021, in *Rhodes v. Hollywood*, Judge Michael Robinson learned of the Debtor's bankruptcy filing and issued an automatic stay, Randy Fleisher, Debtor's attorney appeared for this case.

23. On July 13, 2021 in *U.S. Bank v. Manuel Vazqueztell, et. al.*, Dan Cohen, Debtor's attorney for this case appeared before Judge Andrea Gundersen and argued Debtor motions. Debtor's Verified Motion for Disbursement was denied.

24. On July 21, 2021, in Case #21-0979, Chandra Doucette, Debtor's attorney for this case appeared before the Broward County Unsafe Structure Board. The Debtor represented that he has the financial ability to complete the necessary repairs required to bring the property into compliance. It is estimated that the necessary repairs would cost approximately $180,000.00.

## DISCUSSION

### A. Applicable Law

Section 1307 of the Bankruptcy Code provides that on request of a party in interest or the United States trustee, and after notice and a hearing, the court may convert a Chapter 13 case to a

case under Chapter 7 or dismiss a case under Chapter 13 for cause, whichever is in the best interests of creditors. 11 U.S.C. § 1307(c). "Cause" is not defined but includes the following:

(1) unreasonable delay by the debtor that is prejudicial to creditors;

(2) nonpayment of any fees and charges required under chapter 123 of title 28;

(3) failure to file a plan timely under section 1321 of this title;

(4) failure to commence making timely payments under section 1326 of this title;

(5) denial of confirmation of a plan under section 1325 of this title and denial of a request made for additional time for filing another plan or a modification of a plan;

(6) material default by the debtor with respect to a term of a confirmed plan;

(7) revocation of the order of confirmation under section 1330 of this title, and denial of confirmation of a modified plan under section 1329 of this title;

(8) termination of a confirmed plan by reason of the occurrence of a condition specified in the plan other than completion of payments under the plan;

(9) only on request of the United States trustee, failure of the debtor to file, within fifteen days, or such additional time as the court may allow, after the filing of the petition commencing such case, the information required by paragraph (1) of section 521(a);

(10) only on request of the United States trustee, failure to timely file the information required by paragraph (2) of section 521(a); or

(11) failure of the debtor to pay any domestic support obligation that first becomes payable after the date of the filing of the petition.

Lack of good faith, or bad faith, is not specifically listed as a ground for dismissal, although the Court must find that the plan has been proposed in good faith and that the action of the debtor in filing the petition was in good faith to confirm a Chapter 13 plan. See 11 U.S.C. §

1129(a)(3) and (7). Nevertheless, the United States Supreme Court has recognized that bad faith may constitute cause for dismissal or conversion. *See Marrama v. Citizens Bank of Massachusetts*, 549 U.S. 365, 379 (2007).

Courts in the Eleventh Circuit generally determine whether a case was filed in bad faith by using a non-exhaustive list of factors to evaluate the totality of the debtor's circumstances. *In re Murphy*, 375 B.R. 919, 922 (Bankr. M.D. Ga. 2007). The factors to consider include the debtor's income and expenses, his motivation in filing the bankruptcy case, his sincerity in dealing with his creditors, and any special circumstances affecting his financial situation. *In re Kitchens*, 702 F.2d 885, 888 (11th Cir. 1983)(cited in *Orcutt v. Crawford*, 2011 WL 4382479, at 4 (M.D. Fla.)). In all cases, however, the "basic inquiry is whether, under the circumstances, the debtor has abused the provisions, purposes, or spirit of the Bankruptcy Code." *In re Vick*, 327 B.R. 477, 487 (Bankr. M.D. Fla. 2005)(citing *In re Kitchens*, 702 F.2d at 888-89).

**B. Analysis**

The purpose of the bankruptcy code is to afford the honest but unfortunate debtor a fresh start, not to shield those who abuse the bankruptcy process to avoid paying their debts. *Molitor v. Eidson* (*In re Molitor*), 76 F.3d 218, 220 (8th Cir. 1996) (citing *Graven v. Fink* (*In re Graven*), 936 F.2d 378, 385 (8th Cir. 1991). The record evidence and information provided below makes it clear that the Debtor hasn't been honest and is attempting to abuse the bankruptcy process to avoid paying his debts.

On December 5, 2018, the Debtor filed a Chapter 13 case (Case No. 18-25201-JKO).  On the Schedule in this case the Debtor reported earnings of $1,045.00 per month in social security income, $565.00 per month in pension/retirement income and $6,500.00 per month in rental

income totaling $8,110.00 monthly. Confirmation of the proposed Chapter 13 plan was denied, and the case was dismissed.

On March 2, 2020, the Debtor filed another Chapter 13 case (Case No. 20-12895-PDR). On the Schedule in this case the Debtor reported earnings of $1,075.00 per month in social security income, $595.00 per month in pension/retirement income, $4,895.00 per month in rental incomed and $781.00 per month in 3rd party social security income totaling $7,346.00 monthly. Additionally, on this Schedule the Debtor reported zero dollars in rental income for the 2018 & 2019 calendar year, completely contradicting the information the Debtor reported in the Chapter 13 petition filed December 5, 2018. Furthermore, Robert Mello and Walter Levin, tenants of the Debtor's property located at 2403 Liberty Street, have provided affidavits attesting they have been paying tenants of the Debtor for over four-years. See Exhibit C.

Although, Federal Bankruptcy Rule 1007(a)(1) states that a debtor shall file with the petition a list containing the name and address of each entity to be included on schedules and the debtor shall file a supplemental statement properly upon any change in circumstances, in this instant case the Debtor failed to abide by the Code. The Debtor knowingly failed to disclose, anywhere in its schedules that Hollywood filed and recorded liens against his property. The Debtor knowingly failed to disclose in its schedules the outstanding utility accounts for each property located in Hollywood. The Debtor has known of Hollywood's liens since 2013 and has been in constant communication with Hollywood over the years regarding the liens. Hollywood has asserted its' lien rights in every foreclosure action against the Debtor. Hollywood's proof of claim totaled $1,925,589.28; the Debtor's omission of this information has a negative impact on the other creditors as well as the outcome of this case. It is Hollywood's position that the Debtor

intentionally withheld this information from the Court because the outstanding debt would exceed the secured debt limits to meet eligibility for Chapter 13 pursuant to 11 U.S.C. § 109(e).

The Debtor is required to identify and disclose any lawsuit, court action or administrative proceeding he is/was a party to within one-year prior to filing bankruptcy. The Debtor knowingly failed to disclose that he is a party in a lawsuit against Hollywood (Case No. Cace-18-3442). On June 4, 2021, Judge Robinson issued an automatic stay in this case. Not until the Debtor need an Order from this Court did, he file an Amended Schedule on July 8, 2021 to include this information.

On March 30, 2021 in Vazqueztell v. Rhodes, the Debtor filed a Verified Motion for Disbursement of Mortgage Foreclosure Surplus. The Debtor understood that the statements were given under oath and understood if any statements were untrue that he may be prosecuted criminally for perjury. Even with knowing all this information, the Debtor made false statements. Although on March 2, 2020, the Debtor voluntarily filed his Chapter 13 petition, in the verified motion he stated that he was not currently in bankruptcy. Also, in this motion the Debtor, acknowledges that he is aware of the liens held by Hollywood, although he failed to include the liens on his Schedule. The Debtor attempted to gain access to $85,939.70, without notifying this Court or any of his creditors. See Exhibit B.

On July 21, 2021 the Debtor's property located at 2403 Liberty Street, went before the Broward County Unsafe Structure Board. At this hearing the Debtor represented that he had the financial ability to make approximately $100,000.00 in repairs to bring the property into compliance in accordance with the Florida Building Code. An Order was issued requiring the Debtor to fence the property for safety reason and provide an engineering report to support his position regarding the structure. Since July 21, 2021, the Debtor has hired a least one contractor

and five engineers. A copy of the Order is attached hereto as Exhibit "D" and incorporated herein by reference.

Under the facts and circumstances present in this instant case, including by not limited to the Debtor's willingness to commit perjury, failure to be honest and forthcoming with the Court, false statements regarding income and failure to disclose all assets it is clear this case was filed in bad faith. A Court may consider several factors when determining whether to dismiss a debtor's bankruptcy for bad faith. These include "the nature of debt, …. The timing of the petition; how the debt arose and the debtor's motive in filing the bankruptcy petition; how the debtor's actions affected creditor; the debtor's treatment of creditors both before and after the petition was filed; and whether the debtor had been forthcoming with the bankruptcy court and creditors." *In re Graffy,* 216 B.R. 888, 891 (Bankr. M.D. Fla. 1998) Here under both *Kitchens* and *Graffy* factors, the Debtor's acts, set out above are sufficient to constitute bad faith for the purpose of consider whether there is good cause for dismissal.

WHEREFORE, Hollywood requests the entry of an Order dismissing this Chapter 13 case, for cause, with prejudice and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

DOUGLAS R. GONZALES,
CITY ATTORNEY
City of Hollywood
2600 Hollywood Boulevard
Room 407
Hollywood, FL 33020
Telephone: (954) 921-3435
Telecopier: (954) 921-3081

By: /s/Kendra Breeden Esq.
Kendra Breeden Esq.
Collections Attorney
Fla. Bar No. 111383
kbreeden@hollywoodfl.org

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 18, 2021 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case or via U.S. mail as listed in the below Service List.

**VIA CM/ECF:**

**20-12895-PDR Notice will be electronically mailed to:**

Robert J. Bigge Jr., Esq on behalf of Debtor Charles Rayfield Rhodes
brpa@biggerodriguez.com, biggerr72292@notify.bestcase.com

Melbalynn Fisher on behalf of Creditor U.S. Bank National Association
mfisher@ghidottiberger.com

Clarissa Pinheiro Schild Esq., on behalf of the Internal Revenue Service at
clariss.schild@usdoj.gov

Neisi I Garcia Ramirez on behalf of Creditor U.S. Bank National Association
Neisi.GarciaRamirez@mccalla.com, FLBKECF@mccalla.com,mccallaecf@ecf.courtdrive.com

Keith S Labell on behalf of Creditor Deutsche Bank National Trust Company
klabell@rasflaw.com, klabell@rasflaw.com

Keith S Labell on behalf of Creditor Wells Fargo Bank, National Association
klabell@rasflaw.com, klabell@rasflaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Christopher P Salamone on behalf of Creditor Wells Fargo Bank, National Association
csalamone@rasflaw.com, csalamone@rasflaw.com

Robin R Weiner
ecf@ch13weiner.com, ecf2@ch13weiner.com

INSTR # 112001861, OR BK 50426 PG 1024, Page 1 of 2, Recorded 12/23/2013 at 12:25 PM, Broward County Commission, Deputy Clerk 2090

26

# CITY of HOLLYWOOD, FLORIDA

POLICE DEPARTMENT • 3250 HOLLYWOOD BLVD. • HOLLYWOOD, FLORIDA 33021-6967
*"A Leading Force In Professional Law Enforcement"*
Accredited by the Commission for Florida Law Enforcement Accreditation

## Order Of Imposition Of Fine and Claim Of Lien

Case Number: **V13-05157**
City of Hollywood
Broward County, Florida

Property Owner: **GISSENDANNER,COURTNEY RHODES,CHARLES**
**5843 SW 26TH ST # A**
**WEST PARK, FL 33023**

Property Address: **2515 FILLMORE ST**
**HOLLYWOOD, FL 33020**

Legal: **HOLLYWOOD LITTLE RANCHES 1-26 B**
**LOT 11 E1/2 BLK 15**

I certify this to be a true and correct copy of the record in
WITNESSETH my hand and official seal of the City of Hollywood, Florida, this the 17 day of Dec 20 13

The City of Hollywood Special Magistrate, having reviewed evidence and sworn testimony by Affidavit, enters the following Findings of Fact:

That the City of Hollywood Special Magistrate did issue on , a Final Order in the above captioned case commanding the Respondent(s) to bring the violation(s) of code section(s) **157 - Residential** as specified in said Final Order into compliance or be subject to a fine in the amount of **$250.00** PER DAY COMMENCING **09/15/2013**. Additionally, in accordance with section 162.09(2)(d), Fla. Statutes, and Chapter 36.29 (A)(1) of the Hollywood Code or Ordinance, additional fines in the amount of $ 410.16 were assessed to cover costs incurred by the City in enforcing its Code(s).

That said violation occurred on real property described above, lying and being in Broward County, Florida.

That the Respondent(s) did not comply with the Final Order(s) by failing to **FAILURE TO: REPAIR/REPLACE ROTTEN FASCIA BOARD; CLEAN AND REPAINT ROOF; REMOVE RUST STAINS OFF THE WESTSIDE WALL; CLEAN AND PAINT SHUTTERS.** on or before the date specified therein.

That the Special Magistrate Clerk did forward a notice of the failure to comply with the Final Order, along with a copy of the Affidavit of Non-Compliance to the Respondent(s) by U.S. mail on 10-30-13

The Respondent(s) did not request a subsequent hearing pursuant to Section 36.29(A) of the City of Hollywood Code of Ordinances.

IT IS THEREFORE THE ORDER OF THE SPECIAL MAGISTRATE THAT:

1. A fine in the amount of **$250.00** PER DAY COMMENCING **9/15/2013**, is hereby confirmed and imposed. This fine shall continue to accrue until such time as the property is brought into compliance at which time the Respondent shall notify the Code Enforcement Inspector. Additionally, in accordance with section 162.09(2)(d), Fla. Statutes, and Chapter 36.29 (A)(1) of the Hollywood Code or Ordinance, additional fines in the amount of $ 410.16 were assessed to cover costs incurred by the City in enforcing its Code(s).

2. The fine shall constitute a lien against the above-described real property and upon any other real or personal property owned by the respondent pursuant to Chapter 162, Florida Statutes, as currently enacted or as may be amended from time to time, and Chapter 36 of the City of Hollywood Code of Ordinances, as currently enacted or as may be amended

Our Mission: We are dedicated to providing municipal services for our diverse community in an atmosphere of cooperation, courtesy and respect. We do this by ensuring all who live, work and play in the City of Hollywood enjoy a high quality of life.

"An Equal Opportunity and Service Provider Agency"

EXHIBIT A

$ 697,000.00

# CITY of HOLLYWOOD, FLORIDA

POLICE DEPARTMENT • 3250 HOLLYWOOD BLVD. • HOLLYWOOD, FLORIDA 33021-6967
*"A Leading Force In Professional Law Enforcement"*
Accredited by the Commission for Florida Law Enforcement Accreditation

from time to time, and the Special Magistrate Clerk is directed to record a true copy of this Order in the Public Records of Broward County, Florida.

DONE AND ORDERED this 17 day of Dec., 2013.

ATTEST:

OFFICE OF THE SPECIAL MAGISTRATE
CITY OF HOLLYWOOD, FLORIDA

Special Magistrate Clerk

Special Magistrate

(Order of Imposition of Fine and Claim of Lien)

STATE OF FLORIDA )
COUNTY OF BROWARD ) SS:

The foregoing instrument was acknowledged before me this 17th day of Dec, 2013, by Sencie Bennett and Sudith Sector, Clerk and Special Magistrate, respectively of the City of Hollywood, who are personally known to me and who did not take an oath.

Notary Public

Rhonella Gamble
Print Name

RHONELLA GAMBLE
MY COMMISSION # EE 2[illegible]
EXPIRES: February 3, 2017
Bonded Thru Notary Public Underwriters

Note: Mail your payment to the above address made payable to the City of Hollywood.

Our Mission: We are dedicated to providing municipal services for our diverse community in an atmosphere of cooperation, courtesy and respect. We do this by ensuring all who live, work and play in the City of Hollywood enjoy a high quality of life.

"An Equal Opportunity and Service Provider Agency"

INSTR # 113880778 Page 1 of 2, Recorded 08/18/2016 at 04:14 PM
Broward County Commission, Deputy Clerk 4015

3

# CITY of HOLLYWOOD, FLORIDA

POLICE DEPARTMENT • 3250 HOLLYWOOD BLVD. • HOLLYWOOD, FLORIDA 33021-6967
*"A Leading Force In Professional Law Enforcement"*
Accredited by the Commission for Florida Law Enforcement Accreditation

## Order Of Imposition Of Fine and Claim Of Lien

Case Number: **V16-00530**
City of Hollywood
Broward County, Florida

| | |
|---|---|
| Property Owner: | **GISSENDANNER,COURTNEY RHODES,CHARLES**<br>**1303 SW 2 AVE**<br>**DANIA BEACH FL 33004** |
| Property Address: | **2515 FILLMORE ST**<br>**HOLLYWOOD, FL 33020** |
| Legal: | **HOLLYWOOD LITTLE RANCHES 1-26 B**<br>**LOT 11 E1/2 BLK 15** |

**CERTIFICATION**
**I certify this to be a true and correct copy of the record in**
**WITNESSETH my hand and official seal of the City of Hollywood, Florida, this the 12 day of August, 2016**

The City of Hollywood Special Magistrate, having reviewed evidence and sworn testimony by Affidavit, enters the following Findings of Fact:

That the City of Hollywood Special Magistrate did issue on , a Final Order in the above captioned case commanding the Respondent(s) to bring the violation(s) of code section(s) **151.130(A)(1)** as specified in said Final Order into compliance or be subject to a fine in the amount of **$500.00** PER DAY COMMENCING **06/24/2016**. Additionally, in accordance with section 162.09(2)(d), Fla. Statutes, and Chapter 36.29 (A)(1) of the Hollywood Code or Ordinance, additional fines in the amount of $ 100.00 were assessed to cover costs incurred by the City in enforcing its Code(s).

That said violation occurred on real property described above, lying and being in Broward County, Florida.

That the Respondent(s) did not comply with the Final Order(s) by failing to **failing to obtain or reopen expired permit for interior 3rd bathroom built without a permit (toilet and sink, no shower).** on or before the date specified therein.

That the Special Magistrate Clerk did forward a notice of the failure to comply with the Final Order, along with a copy of the Affidavit of Non-Compliance to the Respondent(s) by U.S. mail on 7/14/16

The Respondent(s) did not request a subsequent hearing pursuant to Section 36.29(A) of the City of Hollywood Code of Ordinances.

IT IS THEREFORE THE ORDER OF THE SPECIAL MAGISTRATE THAT:

1. A fine in the amount of **$500.00** PER DAY COMMENCING **6/24/2016**, is hereby confirmed and imposed. This fine shall continue to accrue until such time as the property is brought into compliance at which time the Respondent shall notify the Code Enforcement Inspector. Additionally, in accordance with section 162.09(2)(d), Fla. Statutes, and Chapter 36.29 (A)(1) of the Hollywood Code or Ordinance, additional fines in the amount of $ 100.00 were assessed to cover costs incurred by the City in enforcing its Code(s).

2. The fine shall constitute a lien against the above-described real property and upon any other real or personal property owned by the respondent pursuant to Chapter 162, Florida Statutes, as currently enacted or as may be amended from time to time, and Chapter 36 of the City of Hollywood Code of Ordinances, as currently enacted or as may be amended from time to time, and the Special Magistrate Clerk is directed to record a true copy of this Order in the Public Records

Our Mission: We are dedicated to providing municipal services for our diverse community in an atmosphere of cooperation, courtesy and respect. We do this by ensuring all who live, work and play in the City of Hollywood enjoy a high quality of life.

"An Equal Opportunity and Service Provider Agency"





INSTR # 113880778 Page 2 of 2, End of Document

# CITY of HOLLYWOOD, FLORIDA

POLICE DEPARTMENT • 3250 HOLLYWOOD BLVD. • HOLLYWOOD, FLORIDA 33021-6967

*"A Leading Force In Professional Law Enforcement"*

Accredited by the Commission for Florida Law Enforcement Accreditation

of Broward County, Florida.

DONE AND ORDERED this 11th day of August, 2016

ATTEST:

OFFICE OF THE SPECIAL MAGISTRATE
CITY OF HOLLYWOOD, FLORIDA

Special Magistrate Clerk

Special Magistrate

(Order of Imposition of Fine and Claim of Lien)

STATE OF FLORIDA )
COUNTY OF BROWARD ) SS:

The foregoing instrument was acknowledged before me this 11 day of August 2016 by Crystal Togna and Judith Secher, Clerk and Special Magistrate, respectively of the City of Hollywood, who are personally known to me and who did not take an oath.

Notary Public

Thomas S Pinder
Print Name

Thomas B. Pinder
Commission # FF942603
Expires: December 9, 2019
Bonded thru Aaron Notary

Note: Mail your payment to the above address made payable to the City of Hollywood.

Page 2 of 2 for Case V16-00630

Our Mission: We are dedicated to providing municipal services for our diverse community in an atmosphere of cooperation, courtesy and respect. We do this by ensuring all who live, work and play in the City of Hollywood enjoy a high quality of life.

"An Equal Opportunity and Service Provider Agency"

Instr# 115422126 , Page 1 of 2, Recorded 11/01/2018 at 11:48 AM
Broward County Commission

# CITY of HOLLYWOOD, FLORIDA

**Code Compliance Division**
2600 Hollywood Blvd. • P.O. Box 229045 • Hollywood, Florida 33022-9045
Phone (954) 921-3061 • Fax (954) 921-3924 • www.hollywoodfl.org

## Order Of Imposition Of Fine and Claim Of Lien

Case Number: **V17-05283**
City of Hollywood
Broward County, Florida

Property Owner: **RHODES,CHARLES RAYFILED H/E RHODES,CRYSTAL**
**1111 S 29 AVE**
**HOLLYWOOD FL 33020**

Property Address: **1111 S 29 AVE**
**HOLLYWOOD, FL 33020**

Legal: **SOUTH HOLLYWOOD AMD PLAT 4-10 B**
**LOT 1 S 55,2 S 55 BLK 9**

**CERTIFICATION**
**I certify this to be a true and correct copy of the record in**
**WITNESSETH my hand and official seal of the City of Hollywood, Florida, this the 30 day of October, 20 18**

The City of Hollywood Special Magistrate, having reviewed evidence and sworn testimony by Affidavit, enters the following Findings of Fact:

That the City of Hollywood Special Magistrate did issue on , a Final Order in the above captioned case commanding the Respondent(s) to bring the violation(s) of code section(s) **151.130(A)(1)** as specified in said Final Order into compliance or be subject to a fine in the amount of **$250.00** PER DAY COMMENCING **08/25/2018-9/26/2018**. Additionally, in accordance with section 162.09(2)(d), Fla. Statutes, and Chapter 36.29 (A)(1) of the Hollywood Code or Ordinance, additional fines in the amount of $ Ø were assessed to cover costs incurred by the City in enforcing its Code(s).

That said violation occurred on real property described above, lying and being in Broward County, Florida.

That the Respondent(s) did not comply with the Final Order(s) by failing **to obtain a building permit for installing shed.** on or before the date specified therein.

That the Special Magistrate Clerk did forward a notice of the failure to comply with the Final Order, along with a copy of the Affidavit of Non-Compliance to the Respondent(s) by U.S. mail on 9/4/18 .

The Respondent(s) did not request a subsequent hearing pursuant to Section 36.29(A) of the City of Hollywood Code of Ordinances.

IT IS THEREFORE THE ORDER OF THE SPECIAL MAGISTRATE THAT:

1. A fine in the amount of **$250.00** PER DAY COMMENCING **8/25/2018**, is hereby confirmed and imposed. This fine shall continue to accrue until such time as the property is brought into compliance at which time the Respondent shall notify the Code Enforcement Inspector. Additionally, in accordance with section 162.09(2)(d), Fla. Statutes, and Chapter 36.29 (A)(1) of the Hollywood Code or Ordinance, additional fines in the amount of $ Ø were assessed to cover costs incurred by the City in enforcing its Code(s).

2. The fine shall constitute a lien against the above-described real property and upon any other real or personal property owned by the respondent pursuant to Chapter 162, Florida Statutes, as currently enacted or as may be amended from time to time, and Chapter 36 of the City of Hollywood Code of Ordinances, as currently enacted or as may be amended from time to time, and the Special Magistrate Clerk is directed to record a true copy of this Order in the Public Records

**Our Mission:** We are dedicated to providing municipal services for our diverse community in an atmosphere of cooperation, courtesy and respect. We do this by ensuring all who live, work and play in the City of Hollywood enjoy a high quality of life.

"An Equal Opportunity and Service Provider Agency"

$12,000.00



# CITY of HOLLYWOOD, FLORIDA

Code Compliance Division
2600 Hollywood Blvd. • P.O. Box 229045 • Hollywood, Florida 33022-9045
Phone (954) 921-3061 • Fax (954) 921-3924 • www.hollywoodfl.org

County, Florida.

DONE AND ORDERED this 30th day of October, 2018.

ATTEST: OFFICE OF THE SPECIAL MAGISTRATE
CITY OF HOLLYWOOD, FLORIDA

Special Magistrate Clerk

Special Magistrate

(Order of Imposition of Fine and Claim of Lien)

STATE OF FLORIDA )
COUNTY OF BROWARD ) SS:

The foregoing instrument was acknowledged before me this 30 day of Oct, 2018, by Mayann Mall and Judith Secher, Clerk and Special Magistrate, respectively of the City of Hollywood, who are personally known to me and who did not take an oath.

Notary Public

Crystal Scopa
Print Name

Crystal Scopa
Commission # GG084348
Expires: June 21, 2019
Bonded thru Aaron Notary

Note: Mail your payment to the above address made payable to the City of Hollywood.

Our Mission: We are dedicated to providing municipal services for our diverse community in an atmosphere of cooperation, courtesy and respect. We do this by ensuring all who live, work and play in the City of Hollywood enjoy a high quality of life.

"An Equal Opportunity and Service Provider Agency"

1

# CITY of HOLLYWOOD, FLORIDA

**Code Compliance Division**
2600 Hollywood Blvd. • P.O. Box 229045 • Hollywood, Florida 33022-9045
Phone (954) 921-3061 • Fax (954) 921-3924 • www.hollywoodfl.org

## Order Of Imposition Of Fine and Claim Of Lien

Case Number: **V18-03268**
*City of Hollywood*
Broward County, Florida

| | |
|---|---|
| Property Owner: | **RHODES, CHARLES RAYFILED H/E RHODES, CRYSTAL<br>1111 S 29 AVE<br>HOLLYWOOD FL 33020** |
| Property Address: | **1111 S 29 AVE<br>HOLLYWOOD, FL 33020** |
| Legal: | **SOUTH HOLLYWOOD AMD PLAT 4-10 B<br>LOT 1 S 55,2 S 55 BLK 9** |

**CERTIFICATION**
**I certify this to be a true and correct copy of the record in**
**WITNESSETH my hand and official seal of the City of Hollywood, Florida, this the 21 day of November, 20 18**

The City of Hollywood Special Magistrate, having reviewed evidence and sworn testimony by Affidavit, enters the following Findings of Fact:

That the City of Hollywood Special Magistrate did issue on , a Final Order in the above captioned case commanding the Respondent(s) to bring the violation(s) of code section(s) **157 - Residential** as specified in said Final Order into compliance or be subject to a fine in the amount of **$150.00** PER DAY COMMENCING **09/22/2018**. Additionally, in accordance with section 162.09(2)(d), Fla. Statutes, and Chapter 36.29 (A)(1) of the Hollywood Code or Ordinance, additional fines in the amount of $ 229.50 were assessed to cover costs incurred by the City in enforcing its Code(s).

That said violation occurred on real property described above, lying and being in Broward County, Florida.

That the Respondent(s) did not comply with the Final Order(s) by failing to **clean and paint property, re-seal and re-surface weathered/crack and pothole driveway** on or before the date specified therein.

That the Special Magistrate Clerk did forward a notice of the failure to comply with the Final Order, along with a copy of the Affidavit of Non-Compliance to the Respondent(s) by U.S. mail on 10/3/18.

The Respondent(s) did not request a subsequent hearing pursuant to Section 36.29(A) of the City of Hollywood Code of Ordinances.

IT IS THEREFORE THE ORDER OF THE SPECIAL MAGISTRATE THAT:

1. A fine in the amount of **$150.00** PER DAY COMMENCING **9/22/2018**, is hereby confirmed and imposed. This fine shall continue to accrue until such time as the property is brought into compliance at which time the Respondent shall notify the Code Enforcement Inspector. Additionally, in accordance with section 162.09(2)(d), Fla. Statutes, and Chapter 36.29 (A)(1) of the Hollywood Code or Ordinance, additional fines in the amount of $ 229.50 were assessed to cover costs incurred by the City in enforcing its Code(s).

2. The fine shall constitute a lien against the above-described real property and upon any other real or personal property owned by the respondent pursuant to Chapter 162, Florida Statutes, as currently enacted or as may be amended from time to time, and Chapter 36 of the City of Hollywood Code of Ordinances, as currently enacted or as may be amended from time to time, and the Special Magistrate Clerk is directed to record a true copy of this Order in the Public Records

**Our Mission:** We are dedicated to providing municipal services for our diverse community in an atmosphere of cooperation, courtesy and respect. We do this by ensuring all who live, work and play in the City of Hollywood enjoy a high quality of life.

"An Equal Opportunity and Service Provider Agency"

(2)





# CITY of HOLLYWOOD, FLORIDA

**Code Compliance Division**
2600 Hollywood Blvd. • P.O. Box 229045 • Hollywood, Florida 33022-9045
Phone (954) 921-3061 • Fax (954) 921-3924 • www.hollywoodfl.org

of Broward County, Florida.

DONE AND ORDERED this 21 day of November, 2018.

ATTEST:

Special Magistrate Clerk

OFFICE OF THE SPECIAL MAGISTRATE
CITY OF HOLLYWOOD, FLORIDA

Special Magistrate

(Order of Imposition of Fine and Claim of Lien)

STATE OF FLORIDA )
COUNTY OF BROWARD ) SS:

The foregoing instrument was acknowledged before me this 21st day of November, 2018, by Veronica Barnes and Thomas Arroyo, Clerk and Special Magistrate, respectively of the City of Hollywood, who are personally known to me and who did not take an oath.

Maryann Mallin
COMMISSION #FF224388
EXPIRES: October 6, 2019
WWW.AARONNOTARY.COM

Notary Public

Maryann Mallin
Print Name

Note: Mail your payment to the above address made payable to the City of Hollywood.

**Our Mission:** We are dedicated to providing municipal services for our diverse community in an atmosphere of cooperation, courtesy and respect. We do this by ensuring all who live, work and play in the City of Hollywood enjoy a high quality of life.

"An Equal Opportunity and Service Provider Agency"

Instr# 115415859 , Page 1 of 2, Recorded 10/30/2018 at 12:19 PM
Broward County Commission

1

# CITY of HOLLYWOOD, FLORIDA

**Code Compliance Division**
2600 Hollywood Blvd. • P.O. Box 229045 • Hollywood, Florida 33022-9045
Phone (954) 921-3061 • Fax (954) 921-3924 • www.hollywoodfl.org

## Order Of Imposition Of Fine and Claim Of Lien

Case Number: **V18-03429**
City of Hollywood
Broward County, Florida

Property Owner: **RHODES,CHARLES RAYFILED H/E RHODES,CRYSTAL**
**1111 S 29 AVE**
**HOLLYWOOD FL 33020**

Property Address: **1111 S 29 AVE**
**HOLLYWOOD, FL 33020**

Legal: **SOUTH HOLLYWOOD AMD PLAT4-10 B**
**LOT 1 S 55,2 S 55 BLK 9**

**CERTIFICATION**
**I certify this to be a true and correct copy of the record in**
**WITNESSETH my hand and official seal of the City of Hollywood, Florida, this the 22 day of Oct, 20 18**

The City of Hollywood Special Magistrate, having reviewed evidence and sworn testimony by Affidavit, enters the following Findings of Fact:

That the City of Hollywood Special Magistrate did issue on , a Final Order in the above captioned case commanding the Respondent(s) to bring the violation(s) of code section(s) **155.30** as specified in said Final Order into compliance or be subject to a fine in the amount of **$150.00** PER DAY COMMENCING **08/11/2018**. Additionally, in accordance with section 162.09(2)(d), Fla. Statutes, and Chapter 36.29 (A)(1) of the Hollywood Code or Ordinance, additional fines in the amount of $ 206.50 were assessed to cover costs incurred by the City in enforcing its Code(s).

That said violation occurred on real property described above, lying and being in Broward County, Florida.

That the Respondent(s) did not comply with the Final Order(s) by failing to **failing to re-sod and maintain live vegetation in swale.** on or before the date specified therein.

That the Special Magistrate Clerk did forward a notice of the failure to comply with the Final Order, along with a copy of the Affidavit of Non-Compliance to the Respondent(s) by U.S. mail on 8-14-18 .

The Respondent(s) did not request a subsequent hearing pursuant to Section 36.29(A) of the City of Hollywood Code of Ordinances.

IT IS THEREFORE THE ORDER OF THE SPECIAL MAGISTRATE THAT

1. A fine in the amount of **$150.00** PER DAY COMMENCING **8/11/2018**, is hereby confirmed and imposed. This fine shall continue to accrue until such time as the property is brought into compliance at which time the Respondent shall notify the Code Enforcement Inspector. Additionally, in accordance with section 162.09(2)(d), Fla. Statutes, and Chapter 36.29 (A)(1) of the Hollywood Code or Ordinance, additional fines in the amount of $ 206.50 were assessed to cover costs incurred by the City in enforcing its Code(s).

2. The fine shall constitute a lien against the above-described real property and upon any other real or personal property owned by the respondent pursuant to Chapter 162, Florida Statutes, as currently enacted or as may be amended from time to time, and Chapter 36 of the City of Hollywood Code of Ordinances, as currently enacted or as may be amended from time to time, and the Special Magistrate Clerk is directed to record a true copy of this Order in the Public Records

**Our Mission:** We are dedicated to providing municipal services for our diverse community in an atmosphere of cooperation, courtesy and respect. We do this by ensuring all who live, work and play in the City of Hollywood enjoy a high quality of life.

"An Equal Opportunity and Service Provider Agency"

$10,050.00 (2)

# CITY of HOLLYWOOD, FLORIDA

Code Compliance Division
2600 Hollywood Blvd. • P.O. Box 229045 • Hollywood, Florida 33022-9045
Phone (954) 921-3061 • Fax (954) 921-3924 • www.hollywoodfl.org

of Broward County, Florida.

DONE AND ORDERED this 16 day of Oct, 2018.

ATTEST:

OFFICE OF THE SPECIAL MAGISTRATE
CITY OF HOLLYWOOD, FLORIDA

Special Magistrate Clerk

Special Magistrate

(Order of Imposition of Fine and Claim of Lien)

STATE OF FLORIDA )
COUNTY OF BROWARD ) SS:

The foregoing instrument was acknowledged before me this 16th day of October, 2018, by Veronica Barnes and Judith Sacher, Clerk and Special Magistrate, respectively of the City of Hollywood, who are personally known to me and who did not take an oath.

Notary Public

Mayann Mallin
Print Name

Note: Mail your payment to the above address made payable to the City of Hollywood.

Maryann Mallin
COMMISSION #FF924389
EXPIRES: October 5, 2019
WWW.AARONNOTARY.COM

Our Mission: We are dedicated to providing municipal services for our diverse community in an atmosphere of cooperation, courtesy and respect. We do this by ensuring all who live, work and play in the City of Hollywood enjoy a high quality of life.

"An Equal Opportunity and Service Provider Agency"

Instr# 115480170 , Page 1 of 2, Recorded 12/04/2018 at 11:58 AM
Broward County Commission

# CITY of HOLLYWOOD, FLORIDA

**Code Compliance Division**
2600 Hollywood Blvd. • P.O. Box 229045 • Hollywood, Florida 33022-9045
Phone (954) 921-3061 • Fax (954) 921-3924 • www.hollywoodfl.org

## Order Of Imposition Of Fine and Claim Of Lien

Case Number: **V18-07112**
City of Hollywood
Broward County, Florida

| | |
|---|---|
| Property Owner: | **RHODES, CHARLES RAYFILED H/E RHODES, CRYSTAL**<br>**1111 S 29 AVE**<br>**HOLLYWOOD FL 33020** |
| Property Address: | **1111 S 29 AVE**<br>**HOLLYWOOD, FL 33020** |
| Legal: | **SOUTH HOLLYWOOD AMD PLAT 4-10 B**<br>**LOT 1 S 55,2 S 55 BLK 9** |

**CERTIFICATION**
**I certify this to be a true and correct copy of the record in**
**WITNESSETH my hand and official seal of the City of Hollywood, Florida, this the 21 day of November, 20 18**

The City of Hollywood Special Magistrate, having reviewed evidence and sworn testimony by Affidavit, enters the following Findings of Fact:

That the City of Hollywood Special Magistrate did issue on , a Final Order in the above captioned case commanding the Respondent(s) to bring the violation(s) of code section(s) **157 - Residential** as specified in said Final Order into compliance or be subject to a fine in the amount of **$150.00** PER DAY COMMENCING **09/10/2018.** Additionally, in accordance with section 162.09(2)(d), Fla. Statutes, and Chapter 36.29 (A)(1) of the Hollywood Code or Ordinance, additional fines in the amount of $ 206.50 were assessed to cover costs incurred by the City in enforcing its Code(s).

That said violation occurred on real property described above, lying and being in Broward County, Florida.

That the Respondent(s) did not comply with the Final Order(s) by failing to **repair cracking/deterioration of exterior walls, repair windows (if windows are replaced, permit is required), and repair fascia and soffits. Please contact in person 2600 Hollywood Boulevard, Room 320, (must be in line by 5:30 p.m.) or by phone: 954-921-3335. The office hours are Monday through Thursday, 7:00 a.m. until 6:00 p.m.** on or before the date specified therein.

That the Special Magistrate Clerk did forward a notice of the failure to comply with the Final Order, along with a copy of the Affidavit of Non-Compliance to the Respondent(s) by U.S. mail on 10/3/18.

The Respondent(s) did not request a subsequent hearing pursuant to Section 36.29(A) of the City of Hollywood Code of Ordinances.

IT IS THEREFORE THE ORDER OF THE SPECIAL MAGISTRATE THAT:

1. A fine in the amount of **$150.00** PER DAY COMMENCING **9/10/2018**, is hereby confirmed and imposed. This fine shall continue to accrue until such time as the property is brought into compliance at which time the Respondent shall notify the Code Enforcement Inspector. Additionally, in accordance with section 162.09(2)(d), Fla. Statutes, and Chapter 36.29 (A)(1) of the Hollywood Code or Ordinance, additional fines in the amount of $ 206.50 were assessed to cover costs incurred by the City in enforcing its Code(s).

2. The fine shall constitute a lien against the above-described real property and upon any other real or personal property owned by the respondent pursuant to Chapter 162, Florida Statutes, as currently enacted or as may be amended from

**Our Mission:** We are dedicated to providing municipal services for our diverse community in an atmosphere of cooperation, courtesy and respect. We do this by ensuring all who live, work and play in the City of Hollywood enjoy a high quality of life.

"An Equal Opportunity and Service Provider Agency"



# CITY of HOLLYWOOD, FLORIDA

**Code Compliance Division**
2600 Hollywood Blvd. • P.O. Box 229045 • Hollywood, Florida 33022-9045
Phone (954) 921-3061 • Fax (954) 921-3924 • www.hollywoodfl.org

time to time, and Chapter 36 of the City of Hollywood Code of Ordinances, as currently enacted or as may be amended from time to time, and the Special Magistrate Clerk is directed to record a true copy of this Order in the Public Records of Broward County, Florida.

DONE AND ORDERED this 21 day of November, 2018.

ATTEST:

Special Magistrate Clerk

OFFICE OF THE SPECIAL MAGISTRATE
CITY OF HOLLYWOOD, FLORIDA

Special Magistrate

(Order of Imposition of Fine and Claim of Lien)

STATE OF FLORIDA )
COUNTY OF BROWARD ) SS:

The foregoing instrument was acknowledged before me this 21st day of November 2018, by Veroncia Barnes and Thomas Arsboro, Clerk and Special Magistrate, respectively of the City of Hollywood, who are personally known to me and who did not take an oath.

Maryann Mallin
COMMISSION #FF924399
EXPIRES: October 5, 2019
WWW.AARONNOTARY.COM

Notary Public

Print Name Maryann Mallin

Note: Mail your payment to the above address made payable to the City of Hollywood.

**Our Mission:** We are dedicated to providing municipal services for our diverse community in an atmosphere of cooperation, courtesy and respect. We do this by ensuring all who live, work and play in the City of Hollywood enjoy a high quality of life.

"An Equal Opportunity and Service Provider Agency"



**CITY OF HOLLYWOOD**
UTILITY BILLING CUSTOMER SERVICE
2600 HOLLYWOOD BLVD, ROOM 103
HOLLYWOOD, FL 33020

**UTILITY BILL**
**CUSTOMER COPY**
KEEP THIS PORTION FOR YOUR RECORDS

# PAST DUE

| CUSTOMER NAME | SERVICE ADDRESS | ROUTE | UNITS |
|---|---|---|---|
| RHODES (DIPA), CHARLES R. | 2403 LIBERTY ST | 0159 | 1.00000 |

| BILL NUMBER | BILL DATE | ACCOUNT NUMBER | TYPE | CURRENT BILL DUE DATE |
|---|---|---|---|---|
| [redacted] | 07/07/2021 | [redacted] | SF | 07/27/2021 |

| DESCRIPTION OF CURRENT CHARGES | METER | PREVIOUS READ DATE | CURRENT READ DATE | PREVIOUS METER READING | CURRENT METER READING | READ CODE | USAGE IN CU FT | CHARGE |
|---|---|---|---|---|---|---|---|---|
| WATER USAGE | 83820127 | 05/23/2021 | 06/23/2021 | 592700 | 593700 | A | 1000 | 37.50 |
| WATER BASE CHARGE | | | | | | | | 7.82 |
| STORMWATER CHARGE | | | | | | | | 6.12 |
| GARBAGE SERVICE CHARGE | | | | | | | | 42.00 |
| GARBAGE SERVICE CHARGE | | | | | | | | 48.00 |
| UTILITY TAX | | | | | | | | 4.53 |

**BILLED USAGE**

| CUBIC FEET | 1000 CURR | 1800 05/21 | 1900 04/21 | 2100 03/21 | 2400 02/21 | 3000 01/21 | 5700 12/20 | 5100 11/20 | 5400 10/20 |
|---|---|---|---|---|---|---|---|---|---|

*100 CU. FT. EQUALS 748 GALLONS*

*READ CODE:* *A = ACTUAL* *E = ESTIMATE* *F = FINAL*

| | |
|---|---|
| PREVIOUS BALANCE | 8,213.16 |
| LESS PAYMENTS RECEIVED | .00 |
| ADJUSTMENTS | .00 |
| DEPOSIT APPLIED | .00 |
| DEPOSIT INTEREST | .00 |
| AMOUNT PAST DUE | 8,213.16 |
| LATE PENALTY | .00 |
| CURRENT CHARGES | 145.97 |
| TOTAL AMOUNT DUE | $8,359.13 |

Our 2020 water quality report contains information about the source and quality of your drinking water. We detected 10 contaminants-none above the EPA acceptable level. Visit http://www.hollywoodfl.org/wqr to see the report or call 954-967-4230 to request a mailed copy.

**Cut Off Date: 07/27/2021**

WARNING! If a cut-off date appears on your bill, you will need to pay the "AMOUNT PAST DUE" before this date to avoid service disconnection.

✂ Detach and return the portion below with your payment ✂

# PAST DUE

**UTILITY BILL**
**REMIT PORTION**
PLEASE WRITE YOUR ACCOUNT NUMBER ON CHECK AND ENCLOSE THIS PORTION WITH YOUR PAYMENT.
MAKE CHECKS PAYABLE TO: CITY OF HOLLYWOOD

| SERVICE ADDRESS | BILL NUMBER | ACCOUNT NUMBER | CURRENT BILL DUE DATE | AMOUNT DUE |
|---|---|---|---|---|
| 2403 LIBERTY ST | [redacted] | [redacted] | 07/27/2021 | $8,359.13 |

RHODES (DIPA), CHARLES R.
2403 LIBERTY ST
HOLLYWOOD, FL 33020-2052

**CITY OF HOLLYWOOD**
UTILITY BILLING PROCESSING CENTER
PO BOX 229187
HOLLYWOOD, FL 33022-9187

000060420214032710220000008359135

## PLEASE VISIT OUR WEBSITE AT WWW.HOLLYWOODFL.ORG FOR INQUIRIES REGARDING UTILITY SERVICES.

| GARBAGE/RECYCLING CONTACT: | (954) 967-4200 |
|---|---|
| CUSTOMER SERVICE HOURS: | Monday through Thursday, 7:00 am to 6:00 pm |
| CUSTOMER SERVICE CONTACT: | (954) 921-3938 |
| EMERGENCY CONTACT:<br>Fridays, Weekends and Holidays | (954) 967-4357 |

## UTILITY BILL PAYMENT OPTIONS:

| | |
|---|---|
| ONLINE: | Pay online by credit card, debit card or eCheck."GO GREEN" by opting out of receiving a paper bill each month. Visit ***www.hollywoodfl.org*** and select "Payment Center" and click on "My Utility Bill" for more information. Pay online with a smartphone by scanning the QR Code on the bill remittance and follow the instructions. |
| PHONE: | Pay by phone with a credit card, debit card or eCheck 24 hours/7 days per week by calling **(954)921-3938 - Option 2.** You will need your City of Hollywood utility account information. |
| DIRECT DEBIT: | Pay automatically each month from your checking or savings account. Visit ***www.hollywoodfl.org*** and select "Payment Center", click on "My Utility Bill" and follow instructions for direct debit enrollment. |
| MAIL: | Mail payments to:<br>City of Hollywood, Utility Billing Processing Center, P.O. Box 229187, Hollywood, FL 33022-9187 |
| DROP BOX: (CHECKS ONLY) | City Hall, 2600 Hollywood Blvd., north side of building. Available 24 hours/7 days per week. |
| DRIVE THRU WINDOW: | City Hall, 2600 Hollywood Blvd., north side of building.<br>**Hours of operation: Monday through Thursday, 7:00 am to 6:00 pm.** |
| IN PERSON: | City Hall, Cashier's Window, Room 103, 2600 Hollywood Blvd.<br>**Hours of operation: Monday through Thursday, 7:00 am to 6:00 pm.** |
| PAST DUE PAYMENTS: | Payment of current charges is due by the due date indicated on your bill. The City assesses a late penalty of 1% per month (12% annually) on any past due portion of the utility bill. Customers with a past due balance will receive a billing showing a cut-off date by which the past due balance must be paid to avoid service disconnection. Upon becoming past due, utility charges constitute a variable and accruing Statutory lien against the property. These past due charges may be recorded as a lien with Broward County, but are not required to be recorded to be effective and binding. |



**CITY OF HOLLYWOOD**
UTILITY BILLING CUSTOMER SERVICE
2600 HOLLYWOOD BLVD, ROOM 103
HOLLYWOOD, FL 33020

**UTILITY BILL**
**CUSTOMER COPY**
KEEP THIS PORTION FOR YOUR RECORDS

# PAST DUE

| CUSTOMER NAME | SERVICE ADDRESS | [illegible] | UNITS |
|---|---|---|---|
| RHODES (DIPA), CHARLES | 1111 S 29 AVE | 0657 | 1.00000 |

| BILL NUMBER | BILL DATE | ACCOUNT NUMBER | TYPE | CURRENT BILL DUE DATE |
|---|---|---|---|---|
| [redacted] | 07/14/2021 | [redacted] | SF | 08/03/2021 |

| DESCRIPTION OF CURRENT CHARGES | METER | PREVIOUS READ DATE | CURRENT READ DATE | PREVIOUS METER READING | CURRENT METER READING | READ CODE | USAGE (CU. FT.) | CHARGE |
|---|---|---|---|---|---|---|---|---|
| WATER USAGE | 74631569 | 05/30/2021 | 06/30/2021 | 283700 | 301700 | A | 18000 | 1,710.85 |
| WATER BASE CHARGE | | | | | | | | 7.82 |
| STORMWATER CHARGE | | | | | | | | 6.12 |
| GARBAGE SERVICE CHARGE | | | | | | | | 42.00 |
| UTILITY TAX | | | | | | | | 171.87 |

**BILLED USAGE**

17500
15000
12500
10000
7500
5000
2500
0

18000 CURR
7600 05/21
3400 04/21
2200 03/21
900 02/21
3600 01/21
5400 12/20
4200 11/20
4400 10/20

CUBIC FEET

*100 CU. FT. EQUALS 748 GALLONS*

*READ CODE:*
*A = ACTUAL*
*E = ESTIMATE*
*F = FINAL*

| | |
|---|---|
| PREVIOUS BALANCE | 6,669.38 |
| LESS PAYMENTS RECEIVED | .00 |
| ADJUSTMENTS | .00 |
| DEPOSIT APPLIED | .00 |
| DEPOSIT INTEREST | .00 |
| AMOUNT PAST DUE | 6,669.38 |
| LATE PENALTY | .00 |
| CURRENT CHARGES | 1,938.66 |
| TOTAL AMOUNT DUE | $8,608.04 |

Our 2020 water quality report contains information about the source and quality of your drinking water. We detected 10 contaminants-none above the EPA acceptable level. Visit http://www.hollywoodfl.org/wqr to see the report or call 954-967-4230 to request a mailed copy.

**Cut Off Date: 08/03/2021**

WARNING! If a cut-off date appears on your bill, you will need to pay the "AMOUNT PAST DUE" before this date to avoid service disconnection.

✂ Detach and return the portion below with your payment ✂

**UTILITY BILL**
**REMIT PORTION**

# PAST DUE

PLEASE WRITE YOUR ACCOUNT NUMBER ON CHECK AND ENCLOSE THIS PORTION WITH YOUR PAYMENT.
MAKE CHECKS PAYABLE TO: CITY OF HOLLYWOOD

| SERVICE ADDRESS | BILL NUMBER | ACCOUNT NUMBER | CURRENT BILL DUE DATE | AMOUNT DUE |
|---|---|---|---|---|
| 1111 S 29 AVE | [redacted] | [redacted] | 08/03/2021 | $8,608.04 |

RHODES (DIPA), CHARLES
1111 S 29TH AVE
HOLLYWOOD, FL 33020-5617

**CITY OF HOLLYWOOD**
UTILITY BILLING PROCESSING CENTER
PO BOX 229187
HOLLYWOOD, FL 33022-9187

000060420214032817975000008608044

**PLEASE VISIT OUR WEBSITE AT WWW.HOLLYWOODFL.ORG FOR INQUIRIES REGARDING UTILITY SERVICES.**

| | |
|---|---|
| **GARBAGE/RECYCLING CONTACT:** | **(954) 967-4200** |
| **CUSTOMER SERVICE HOURS:** | **Monday through Thursday, 7:00 am to 6:00 pm** |
| **CUSTOMER SERVICE CONTACT:** | **(954) 921-3938** |
| **EMERGENCY CONTACT:** Fridays, Weekends and Holidays | **(954) 967-4357** |

## UTILITY BILL PAYMENT OPTIONS:

| | |
|---|---|
| **ONLINE:** | Pay online by credit card, debit card or eCheck."GO GREEN" by opting out of receiving a paper bill each month. Visit ***www.hollywoodfl.org*** and select "Payment Center" and click on "My Utility Bill" for more information. Pay online with a smartphone by scanning the QR Code on the bill remittance and follow the instructions. |
| **PHONE:** | Pay by phone with a credit card, debit card or eCheck 24 hours/7 days per week by calling **(954)921-3938 - Option 2**. You will need your City of Hollywood utility account information. |
| **DIRECT DEBIT:** | Pay automatically each month from your checking or savings account. Visit ***www.hollywoodfl.org*** and select "Payment Center", click on "My Utility Bill" and follow instructions for direct debit enrollment. |
| **MAIL:** | Mail payments to:<br>City of Hollywood, Utility Billing Processing Center, P.O. Box 229187, Hollywood, FL 33022-9187 |
| **DROP BOX: (CHECKS ONLY)** | City Hall, 2600 Hollywood Blvd., north side of building. Available 24 hours/7 days per week. |
| **DRIVE THRU WINDOW:** | City Hall, 2600 Hollywood Blvd., north side of building.<br>**Hours of operation: Monday through Thursday, 7:00 am to 6:00 pm.** |
| **IN PERSON:** | City Hall, Cashier's Window, Room 103, 2600 Hollywood Blvd.<br>**Hours of operation: Monday through Thursday, 7:00 am to 6:00 pm.** |
| **PAST DUE PAYMENTS:** | Payment of current charges is due by the due date indicated on your bill. The City assesses a late penalty of 1% per month (12% annually) on any past due portion of the utility bill. Customers with a past due balance will receive a billing showing a cut-off date by which the past due balance must be paid to avoid service disconnection. Upon becoming past due, utility charges constitute a variable and accruing Statutory lien against the property. These past due charges may be recorded as a lien with Broward County, but are not required to be recorded to be effective and binding. |



**CITY OF HOLLYWOOD**
UTILITY BILLING CUSTOMER SERVICE
2600 HOLLYWOOD BLVD, ROOM 103
HOLLYWOOD, FL 33020

**UTILITY BILL**
**CUSTOMER COPY**
KEEP THIS PORTION FOR YOUR RECORDS

# PAST DUE

| CUSTOMER NAME | SERVICE ADDRESS | ROUTE | UNITS |
|---|---|---|---|
| RHODES (DIPA), CHARLES | 2515 FILLMORE ST | 0452 | 1.00000 |

| BILL NUMBER | BILL DATE | ACCOUNT NUMBER | TYPE | CURRENT BILL DUE DATE |
|---|---|---|---|---|
| [redacted] | 07/07/2021 | [redacted] | SF | 07/27/2021 |

| DESCRIPTION OF CURRENT CHARGES | METER | PREVIOUS READ DATE | CURRENT READ DATE | PREVIOUS METER READING | CURRENT METER READING | READ CODE | USAGE (CU FT) | CHARGE |
|---|---|---|---|---|---|---|---|---|
| WATER USAGE | 78764737 | 05/23/2021 | 06/23/2021 | 519300 | 521600 | A | 2300 | 142.42 |
| WATER BASE CHARGE | | | | | | | | 7.82 |
| STORMWATER CHARGE | | | | | | | | 6.12 |
| GARBAGE SERVICE CHARGE | | | | | | | | 42.00 |
| UTILITY TAX | | | | | | | | 15.02 |

**BILLED USAGE**

| | 2300 CURR | 2200 06/21 | 2300 04/21 | 2900 03/21 | 3100 02/21 | 2400 01/21 | 2400 12/20 | 2400 11/20 | 2300 10/20 |
|---|---|---|---|---|---|---|---|---|---|

CUBIC FEET

*100 CU. FT. EQUALS 748 GALLONS*

*READ CODE:*
*A = ACTUAL*
*E = ESTIMATE*
*F = FINAL*

| | |
|---|---|
| PREVIOUS BALANCE | 13,558.73 |
| LESS PAYMENTS RECEIVED | .00 |
| ADJUSTMENTS | .00 |
| DEPOSIT APPLIED | .00 |
| DEPOSIT INTEREST | .00 |
| AMOUNT PAST DUE | 13,558.73 |
| LATE PENALTY | .00 |
| CURRENT CHARGES | 213.38 |
| TOTAL AMOUNT DUE | $13,772.11 |

Our 2020 water quality report contains information about the source and quality of your drinking water. We detected 10 contaminants-none above the EPA acceptable level. Visit http://www.hollywoodfl.org/wqr to see the report or call 954-967-4230 to request a mailed copy.

**Cut Off Date: 07/27/2021**

WARNING! If a cut-off date appears on your bill, you will need to pay the "AMOUNT PAST DUE" before this date to avoid service disconnection.

✂ Detach and return the portion below with your payment ✂

# PAST DUE

**UTILITY BILL**
**REMIT PORTION**
PLEASE WRITE YOUR ACCOUNT NUMBER ON CHECK AND ENCLOSE THIS PORTION WITH YOUR PAYMENT.
MAKE CHECKS PAYABLE TO: CITY OF HOLLYWOOD

| SERVICE ADDRESS | BILL NUMBER | ACCOUNT NUMBER | CURRENT BILL DUE DATE | AMOUNT DUE |
|---|---|---|---|---|
| 2515 FILLMORE ST | [redacted] | [redacted] | 07/27/2021 | $13,772.11 |

RHODES (DIPA), CHARLES
2515 FILLMORE ST
HOLLYWOOD, FL 33020-4307

**CITY OF HOLLYWOOD**
UTILITY BILLING PROCESSING CENTER
PO BOX 229187
HOLLYWOOD, FL 33022-9187

00006042021403271023800013772116

## PLEASE VISIT OUR WEBSITE AT WWW.HOLLYWOODFL.ORG FOR INQUIRIES REGARDING UTILITY SERVICES.

| | |
|---|---|
| **GARBAGE/RECYCLING CONTACT:** | **(954) 967-4200** |
| **CUSTOMER SERVICE HOURS:** | **Monday through Thursday, 7:00 am to 6:00 pm** |
| **CUSTOMER SERVICE CONTACT:** | **(954) 921-3938** |
| **EMERGENCY CONTACT:**<br>**Fridays, Weekends and Holidays** | **(954) 967-4357** |

## UTILITY BILL PAYMENT OPTIONS:

| | |
|---|---|
| **ONLINE:** | Pay online by credit card, debit card or eCheck."GO GREEN" by opting out of receiving a paper bill each month. Visit ***www.hollywoodfl.org*** and select "Payment Center" and click on "My Utility Bill" for more information. Pay online with a smartphone by scanning the QR Code on the bill remittance and follow the instructions. |
| **PHONE:** | Pay by phone with a credit card, debit card or eCheck 24 hours/7 days per week by calling **(954)921-3938 - Option 2.** You will need your City of Hollywood utility account information. |
| **DIRECT DEBIT:** | Pay automatically each month from your checking or savings account. Visit ***www.hollywoodfl.org*** and select "Payment Center", click on "My Utility Bill" and follow instructions for direct debit enrollment. |
| **MAIL:** | Mail payments to:<br>City of Hollywood, Utility Billing Processing Center, P.O. Box 229187, Hollywood, FL 33022-9187 |
| **DROP BOX: (CHECKS ONLY)** | City Hall, 2600 Hollywood Blvd., north side of building. Available 24 hours/7 days per week. |
| **DRIVE THRU WINDOW:** | City Hall, 2600 Hollywood Blvd., north side of building.<br>**Hours of operation: Monday through Thursday, 7:00 am to 6:00 pm.** |
| **IN PERSON:** | City Hall, Cashier's Window, Room 103, 2600 Hollywood Blvd.<br>**Hours of operation: Monday through Thursday, 7:00 am to 6:00 pm.** |
| **PAST DUE PAYMENTS:** | Payment of current charges is due by the due date indicated on your bill. The City assesses a late penalty of 1% per month (12% annually) on any past due portion of the utility bill. Customers with a past due balance will receive a billing showing a cut-off date by which the past due balance must be paid to avoid service disconnection. Upon becoming past due, utility charges constitute a variable and accruing Statutory lien against the property. These past due charges may be recorded as a lien with Broward County, but are not required to be recorded to be effective and binding. |

Filing # 124049195 E-Filed 03/30/2021 05:29:27 PM

**IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

U.S. BANK TRUST NATIONAL ASSOCIATION, etc.,

Plaintiff,

vs.

MANUEL VAZQUEZTELL, JR., et al.

Defendants.

_______________________________/

CIVIL DIVISION

CASE NO. CACE-18-15921 (11)

**VERIFIED MOTION FOR DISBURSEMENT OF MORTGAGE FORECLOSURE SURPLUS**

COMES NOW, Defendant CHARLES RHODES, by and through undersigned counsel, and pursuant to Florida Statute §45.032 files this Sworn Motion for Disbursement of Mortgage Foreclosure Surplus and states as follows:

1. I, CHARLES RHODES, was the owner of the real property located at 6137 SW 35th Street, Miramar, Broward, Florida, prior to the foreclosure sale held in this action and as of the date of the filing of the lis pendens.

2. I do not owe any money on any mortgage on the property that was foreclosed other than the mortgage which was satisfied by the foreclosure.

3. I do not owe any money that is the subject of an unpaid judgment, tax warrant, condominium lien, cooperative lien or homeowners' association.

4. I am not currently in bankruptcy.

5. I have not sold or assigned my right to the mortgage surplus.

6. My current address is: 1111 South 29th Avenue, Hollywood, FL 33020.

7. I am the only owner wherefore I am entitled to the surplus.

EXHIBIT B

8. Broward County conducted a foreclosure sale for the real property described in the Complaint on March 9, 2021.

9. Broward County is holding approximately $85,939.70 in surplus funds from the foreclosure sale.

10. SOUTHTRUST FINANCIAL, LLC, as successful bidder at the auction, filed a Statement of Claim in the amount of $4,727.94 with the Clerk of Court against the surplus funds based on unpaid property taxes as reflected in their filing dated 3/22/2021 of SUCCESSFUL BIDDER'S STATEMENT OF CLAIM AND MOTION TO DISBURSE.

11. The Defendant, BROWARD COUNTY BOARD OF COUNTY COMMISSIONERS may have a claim on the surplus funds by reason of a Notice of Lien filed in the Public Records of Broward County, Florida as more fully described within the Complaint filed in this action.

12. The CITY OF HOLLYWOOD may have a claim on the surplus funds by reason of Notice(s) of Lien and Final judgment(s) filed in the Public Records of Broward County, Florida as more fully described in the Complaint filed in this action.

13. The STATE OF FLORIDA – DEPARTEMENT OF REVENUE may have a claim on the surplus funds by reason of Notice(s) of Lien and Final judgment(s) filed in the Public Records of Broward County, Florida as more fully described in the Complaint filed in this action.

14. RIVERSIDE APARTMENTS, LLC may have a claim on the surplus funds by reason of a judgment(s) filed in the Public Records of Broward County, Florida as more fully described in the Complaint filed in this action.

WHEREFORE, Defendant, CHARLES RHODES moves this Honorable Court for an Order directing the Clerk to disburse the surplus funds to CHARLES RHODES, together with such further relief as the Court deems proper.

**VERIFICATION**

I understand that I am not required to have a lawyer or any other representation and I do not have to assign my rights to anyone else in order to claim any money to which I may be entitled. I understand that this statement is given under oath, and if any statements are untrue that I may be prosecuted criminally for perjury.

Print Name: CHARLES RHODES

STATE OF FLORIDA

COUNTY OF Broward

Sworn to (or affirmed) and subscribed before me this 24 day of March 2021 by CHARLES RHODES.

NOTARY PUBLIC, State of Florida

My commission expires: 02/17/2025

Notary Public State of Florida
Angeline Allan
My Commission HH 094475
Expires 02/17/2025

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via Florida E-Filing Portal System and/or U.S. Mail to: Ghidotti |Berger LLP, Attorney for Plaintiff, 3050 Biscayne Boulevard, Suite 402, Miami, FL 33134; (fcpleadings@ghidottiberger.com); Luz M. Vazqueztell, 6134 S.W. 34th Street, Miramar, FL 33023; State of Florida – Department of Revenue, 2450 Shumard Oak Boulevard, Tallahassee, FL 32311; City of Hollywood, A Political Subdivision of The State of Florida, 2600 Hollywood Boulevard, Hollywood, FL 33020; Manuel Vazqueztell, Jr., c/o Renzo Bosoni, Esq., 1930 Harrison Street, Suite 209, Hollywood, FL 33020

(eservice@firstlegalpa.com); Broward County Board of County Commissioners, a Political Subdivision of State of Florida, c/o Andrew J. Meyers, Esq., 115 S. Andrews Avenue, Fort Lauderdale, FL 33301 (ddimatteo@broward.org); and Riverside Apartments, LLC, c/o Angelo & Banta, P.A., 515 East Las Olas Boulevard, Suite 850, Fort Lauderdale, FL 33301 (gsb@angelolaw.com); Peter B. Weintraub, Esq., WEINTRAUB & WEINTRAUB, P.A. Attorneys for Successful Bidder, SOUTHTRUST FINANCIAL, LLC, 7700 Congress Avenue, Suite 1110, Boca Raton, FL 33487; services@weintraublawfirm.com and pbw@weintraublawfirm.com on this 30th day of March, 2021.

*/s/ Barry J. Marcus,* Esq.
BARRY J. MARCUS, ESQ.
Florida Bar No. 870390
**GLANTZ LAW**
7951 S.W. 6th Street, Suite 200
Plantation, Florida 33324
Telephone No. (954) 424-1200
Primary: litigation@glantzlaw.com
Secondary: bmarcus@glantzlaw.com

Department of Public Works
Code Compliance Division

Case # : ____________________

CITY OF Hollywood FLORIDA

tel: 954.921.3061
fax: 954.921.3924

# Code Compliance Complaint Affidavit

I, Anthony Pitker (PRINT NAME), of 2403 Liberty ST (ADDRESS), Hollywood (CITY), Florida (STATE), 33020 (ZIP CODE) Being first duly sworn do swear that on Tuesday (DAY OF THE WEEK), the 27 (DATE) day of April (MONTH), 2021 (YEAR),

The following facts are true and accurate:

yes

How long have you lived at 2403 Liberty St ?

3 months

How much do you pay for rent ?

$1100.00 every 2wks

Who do you pay rent to ?

Ray

How do you pay rent (cash, check) ?

Cash

describe where you stay in the home (area, size of your area) ?

Room

These events occurred at (location) 2403 Liberty ST, within the City of Hollywood, County of Broward, State of Florida.

Signature of Affiant [signature]

SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS 27 DAY OF April, 2021.

2600 Hollywood Boulevard
P.O. Box 229045
Hollywood, Florida
33022-9045
hollywoodfl.org

EXHIBIT C

Department of Public Works
*Code Compliance Division*

CITY OF Hollywood FLORIDA

NOTARY PUBLIC

The above listed individual is personally known to me and/or provided identification.

Roy Robinson
Comm. #HH015768
Expires: June 29, 2024
Bonded Thru Aaron Notary

MY COMMISSION EXPIRES: ________

tel: 954.921.3061
fax: 954.921.3924

2600 Hollywood Boulevard
P.O. Box 229045
Hollywood, Florida
33022-9045

hollywoodfl.org

Department of Public Works
Code Compliance Division

CITY OF Hollywood FLORIDA

Case # : ______________________

tel: 954.921.3061
fax: 954.921.3924

# Code Compliance Complaint Affidavit

I, John Zocco (PRINT NAME), of 2403 Liberty St (ADDRESS), Hollywood (CITY), Florida (STATE), 33020 (ZIP CODE) Being first duly sworn do swear that on Tuesday (DAY OF THE WEEK), the 27 (DATE) day of April (MONTH), 2021 (YEAR),

The following facts are true and accurate:

yes

How long have you lived at 2403 Liberty St ?

3 months

How much do you pay for rent ?

1100 every 2wks

Who do you pay rent to ?

Ray

How do you pay rent (cash, check) ?

cash

describe where you stay in the home (area, size of your area) ?

Room with a closet

These events occurred at (location) 2403 Liberty ST, within the City of Hollywood, County of Broward, State of Florida.

Signature of Affiant: [signature]

SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS 27 DAY OF April, 2021.

2600 Hollywood Boulevard
P.O. Box 229045
Hollywood, Florida
33022-9045
hollywoodfl.org

Department of Public Works
*Code Compliance Division*

CITY OF Hollywood FLORIDA

NOTARY PUBLIC

The above listed individual is personally known to me and/or provided identification.

Roy Robinson
Comm. #HH015768
Expires: June 29, 2024
Bonded Thru Aaron Notary

MY COMMISSION EXPIRES: ______________

tel: 954.921.3061
fax: 954.921.3924

2600 Hollywood Boulevard
P.O. Box 229045
Hollywood, Florida
33022-9045

hollywoodfl.org

Department of Public Works
Code Compliance Division

Case # : ______________________

tel: 954.921.3061
fax: 954.921.3924

# Code Compliance Complaint Affidavit

I, Robert Mello (PRINT NAME), of 2403 Liberty ST (ADDRESS), Hollywood (CITY), Florida (STATE), 33020 (ZIP CODE) Being first duly sworn do swear that on Tuesday (DAY OF THE WEEK), the 27 (DATE) day of April (MONTH), 2021 (YEAR),

The following facts are true and accurate:

yes

How long have you lived at 2403 Liberty St ?

4 yrs

How much do you pay for rent ?

520.00

Who do you pay rent to ?

Ray

How do you pay rent (cash, check) ?

Cash

describe where you stay in the home (area, size of your area) ?

Room with a closet

These events occurred at (location) 2403 Liberty ST, within the City of Hollywood, County of Broward, State of Florida.

Signature of Affiant: Robert Mello

SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS 27 DAY OF April, 2021.

2600 Hollywood Boulevard
P.O. Box 229045
Hollywood, Florida
33022-9045
hollywoodfl.org

Department of Public Works
Code Compliance Division

CITY OF Hollywood FLORIDA

NOTARY PUBLIC

The above listed individual is personally known to me and/or provided identification.

MY COMMISSION EXPIRES: ______

Roy Robinson
Comm. #HH015768
Expires: June 29, 2024
Bonded Thru Aaron Notary

tel: 954.921.3061
fax: 954.921.3924

2600 Hollywood Boulevard
P.O. Box 229045
Hollywood, Florida
33022-9045
hollywoodfl.org

Department of Public Works
Code Compliance Division

Case # : ____________

CITY OF Hollywood FLORIDA

tel: 954.921.3061
fax: 954.921.3924

# Code Compliance Complaint Affidavit

I, Barbara Wade (PRINT NAME), of 2403 Liberty ST (ADDRESS), Hollywood (CITY), Florida (STATE), ______ (ZIP CODE) Being first duly sworn do swear that on Tuesday (DAY OF THE WEEK), the 27 (DATE) day of April (MONTH), 2021 (YEAR),

The following facts are true and accurate:

Yes

How long have you lived at 2403 Liberty St ?

1 yr

How much do you pay for rent ?

550.00

Who do you pay rent to ?

Ray Rhodes

How do you pay rent (cash, check) ?

Cash and or Check

describe where you stay in the home (area, size of your area) ?

Room with a closet, no door

These events occurred at (location) 2403 Liberty ST, within the City of Hollywood, County of Broward, State of Florida.

Signature of Affiant: Barbara J. Wade

SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS 27 DAY OF April, 2021.

2600 Hollywood Boulevard
P.O. Box 229045
Hollywood, Florida
33022-9045
hollywoodfl.org

Department of Public Works
Code Compliance Division

CITY OF Hollywood FLORIDA

NOTARY PUBLIC

The above listed individual is personally known to me and/or provided identification.

MY COMMISSION EXPIRES:

NOTARY PUBLIC STATE OF FLORIDA
Roy Robinson
Comm. #HH015768
Expires: June 29, 2024
Bonded Thru Aaron Notary

tel: 954.921.3061
fax: 954.921.3924

2600 Hollywood Boulevard
P.O. Box 229045
Hollywood, Florida
33022-9045
hollywoodfl.org

Department of Public Works
Code Compliance Division

CITY OF Hollywood FLORIDA

Case # : ____________

tel: 954.921.3061
fax: 954.921.3924

# Code Compliance Complaint Affidavit

I, walter Levine (PRINT NAME), of 2403 Liberty ST (ADDRESS), Hollywood (CITY), Florida (STATE), 33020 (ZIP CODE) Being first duly sworn do swear that on Tuesday (DAY OF THE WEEK), the 27 (DATE) day of April (MONTH), 2021 (YEAR),

The following facts are true and accurate:

Yes

How long have you lived at 2403 Liberty St ?

10 years

How much do you pay for rent ?

500.00

Who do you pay rent to ?

Ray Rhodes

How do you pay rent (cash, check) ?

Cash

describe where you stay in the home (area, size of your area) ?

Room with a Closet

These events occurred at (location) 2403 Liberty ST, within the City of Hollywood, County of Broward, State of Florida.

Signature of Affiant: [signature]

SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS 27 DAY OF April, 2021.

2600 Hollywood Boulevard
P.O. Box 229045
Hollywood, Florida
33022-9045

hollywoodfl.org

Department of Public Works
*Code Compliance Division*

CITY OF Hollywood FLORIDA

NOTARY PUBLIC

MY COMMISSION EXPIRES:

Roy Robinson
Comm. #HH015768
Expires: June 29, 2024
Bonded Thru Aaron Notary

The above listed individual is personally known to me and/or provided identification.

Tel: 954.921.3061
fax: 954.921.3924

2600 Hollywood Boulevard
P.O. Box 229045
Hollywood, Florida
33022-9045

hollywoodfl.org

Department of Public Works
Code Compliance Division

CITY OF Hollywood FLORIDA

Case # : ______________________

tel: 954.921.3061
fax: 954.921.3924

# Code Compliance Complaint Affidavit

I, Grant Lescamele (PRINT NAME), of 2403 Liberty ST (ADDRESS),
Hollywood (CITY), Florida (STATE), 33020 (ZIP CODE) Being first duly sworn do swear that on Tuesday (DAY OF THE WEEK), the 27 (DATE) day of April (MONTH), 2021 (YEAR),

The following facts are true and accurate:

Yes

How long have you lived at 2403 Liberty St ?

5 months

How much do you pay for rent ?

500.00

Who do you pay rent to ?

Cash

How do you pay rent (cash, check) ?

Ray

describe where you stay in the home (area, size of your area) ?

storage room, no closet

These events occurred at (location) Grant Les Camele,
within the City of Hollywood, County of Broward, State of Florida.

Signature of Affiant: Grant Lescamele

SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS 27 DAY OF April, 2021.

FLDD# L254-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

2600 Hollywood Boulevard
P.O. Box 229045
Hollywood, Florida
33022-9045
hollywoodfl.org

Department of Public Works
*Code Compliance Division*

CITY OF Hollywood FLORIDA

NOTARY PUBLIC

The above listed individual is personally known to me and/or provided identification.

tel: 954.921.3061
fax: 954.921.3924

MY COMMISSION EXPIRES: ______________________

Roy Robinson
Comm.#HH015768
Expires: June 29, 2024
Bonded Thru Aaron Notary

2600 Hollywood Boulevard
P.O. Box 229045
Hollywood, Florida
33022-9045

hollywoodfl.org



Instr# 117455650, Page 1 of 3, Recorded 07/27/2021 at 12:35 PM
Broward County Commission

**BROWARD COUNTY UNSAFE STRUCTURES BOARD**

**CITY OF HOLLYWOOD, a Florida municipal corporation,**

**Complainant,**

**CASE NO.: 21-0979**
**FOLIO NO.: 1209-05-6590**

v.

**CHARLES RHODES,**

**Respondent(s).**
______________________________/

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER**

This cause came on for Public Hearing on July 21, 2021 after due notice to the Respondent(s), and the Broward County Unsafe Structures Board (Board) having heard testimony under oath, received evidence and heard arguments of counsel (if any), thereupon issues its Findings of Fact, Conclusions of Law and Order as follows:

1. FINDINGS OF FACT: The property described below is an unsafe structure because it uninhabitable. There is roof damage, interior wall damage due to rainwater intrusion, and electrical hazards due to wet/damp locations.

2. For property located at: 2403 LIBERTY STREET, HOLLYWOOD FL 33020

3. Legally described as: HOLLYWOOD PARK 4-19 B LOT 1 BLK 41

4. CONCLUSIONS OF LAW: The foregoing Findings of Fact constitute a violation of Florida Building Code:

   116.2.1.2.2 A building shall be deemed unsafe when there is a deterioration of the structure or structural parts.

   116.2.1.2.5 A building shall be deemed unsafe when the electrical or mechanical installations or systems create a hazardous condition in violation of the Standards of this Code.

   116.2.1.2.6 A building shall be deemed unsafe when an unsanitary condition exists by reason of inadequate or malfunctioning sanitary

EXHIBIT D



*City of Hollywood v. Charles Rhodes*

Case No.: 21-0979
Folio No.: 1209-05-6590

facilities or waste disposal systems.

116.2.1.2.7 Swimming pools that contain stagnant water are deemed unsanitary and dangerous to human life and public welfare and shall be presumed and deemed unsafe.

116.2.1.3.1 The construction, installation of electrical, plumbing or other equipment therein or thereon, or the partial construction or installation of equipment has been commenced or completed without a permit therefore having been obtained or the permit therefore expired prior to completion and a Certificate of Occupancy issued.

116.2.1.3.2 By reason of illegal or improper use, occupancy, or maintenance does not comply with this Code or the Code in effect at the time of construction or the applicable Minimum Housing Code.

ORDER: Based upon the foregoing Findings of Fact and Conclusions of Law, it is hereby ORDERED that:

Within 7 days of the date of this Order, the Respondent must secure the entire property; if the Respondent fails to comply after the expiration of these 7 days, the Complainant may secure the property. Within 21 days of the date of this Order, the Respondent must submit a structural engineering report to the Complainant and the Board will reconvene on August 18, 2021 at 2:00pm to discuss the case, subject to the report submittal. If the Respondent does not submit the engineering report, the Complainant may seek a permit for the Complainant to demolish the property that has the legal description described above within 60 days. Within 30 days of this Order, the Respondent must apply for all necessary permits to bring this property into compliance by removing all Florida Building Code Violations.

DONE AND ORDERED in Broward County, Florida, this 27 day of July, 2021.

By: R. McSWEENEY [signature]
Chairman



*City of Hollywood v. Charles Rhodes*

Case No.: 21-0979
Folio No.: 1209-05-6590

**<u>NOTICE</u>: IF THE COMPLAINANT PROCEEDS WITH THE DEMOLITION OF THE PROPERTY BECAUSE THE RESPONDENT FAILS TO COMPLY WITH THIS ORDER, A LIEN MAY BE PLACED ON RESPONDENT'S PROPERTY FOR ALL COSTS INCURRED IN THE EXECUTION OR ANY ACTION BY THE UNSAFE STRUCTURES BOARD.**

---